### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RONNIE MCGOWAN and BENJAMIN ALANIZ, on behalf of himself and all other persons similarly situated,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**GENESIS HEALTH CLUBS MANAGEMENT, INC.,**<br><br>    **Defendant.** | Case No. 2:17-CV-02419-HLT |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs and Defendant move for an order approving their settlement of claims brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. Doc. 51. After reviewing the record, the motion, and the applicable law, the Court grants the motion. This lawsuit involves a bona fide dispute between the parties, the proposed settlement is fair and equitable to all the parties, and the proposed settlement includes a reasonable attorneys' fee award.

THE COURT THEREFORE ORDERS that the Joint Motion for Approval of Fair Labor Standards Act Settlement and Attorneys' Fees (Doc. 51) is GRANTED. The Court APPROVES the settlement.

IT IS SO ORDERED.

Dated: March 20, 2019                      /s/ *Holly L. Teeter*
                                                   HOLLY L. TEETER
                                                   UNITED STATES DISTRICT JUDGE